

# Service of Process Transmittal
02/04/2021
CT Log Number 538997021

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Easley Amanda, Pltf. vs. Wal-Mart Stores of Texas, LLC, Dft.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Citation(s), Original Petition, Attachment(s) |
| **COURT/AGENCY:** | 272nd Judicial District Court Brazos County, TX<br>Case # 21000226CV272 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 11/27/2019, 643 North Harvey Mitchell Parkway, Bryan, Brazos County, Texas |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/04/2021 postmarked on 02/01/2021 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Jordan A. Glaze<br>Glaze Garrett<br>P.O. Box 1599<br>Gilmer, TX 75644<br>903-843-2323 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/04/2021, Expected Purge Date: 02/09/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

EXHIBIT A

Page 1 of  2 / AP



# Service of Process Transmittal
02/04/2021
CT Log Number 538997021

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | Wal-Mart Stores Texas, LLC  (Domestic State: DE) |

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / AP



| | |
|---|---|
| **CLERK OF THE COURT**<br>Gabriel Garcia<br>300 East 26th Street, Suite 1200<br>Bryan, TX 77803 | **ATTORNEY FOR PLAINTIFF**<br>JORDAN A. GLAZE<br>PO BOX 1599<br>GILMER, TX 75644 |

THE STATE OF TEXAS            **CITATION**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: <u>Wal-Mart Stores of Texas, LLC by its registered agent: CT Corporation System who may be served at 1999 Bryan Street, Suite 900 Dallas, TX 75201</u> Defendant,

Greeting:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable <u>272nd District Court</u> of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on <u>January 28, 2021</u> in the case, numbered <u>21-000226-CV-272</u> on the docket of said court, and styled,

<u>Amanda Easley v. Wal-Mart Stores of Texas, LLC.</u>

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, on this the 28th day of January, 2021.

Gabriel Garcia<br>
District Clerk of Brazos County, Texas<br><br>
By <i>Jessica Maxwell</i> Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20___, at _____ o'clock ___M. Executed at _____, within the County of _____ at _____ o'clock ___M. on the _____ day of _____, 20___, by delivering to the within named _____ each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation _____

To certify which witness my hand officially.

Sheriff Account
No. _____

For Clerk's Use
Taxed _____
Returned Record _____

Sheriff of _____ County, Texas
By _____ Deputy

| | |
|---|---|
| **CLERK OF THE COURT**<br>Gabriel Garcia<br>300 East 26th Street, Suite 1200<br>Bryan, TX 77803 | **ATTORNEY FOR PLAINTIFF**<br>JORDAN A. GLAZE<br>PO BOX 1599<br>GILMER, TX 75644 |

THE STATE OF TEXAS  **CITATION**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: <u>**Wal-Mart Stores of Texas, LLC by its registered agent: CT Corporation System who may be served at 1999 Bryan Street, Suite 900 Dallas, TX 75201**</u> Defendant,

Greeting:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable <u>**272nd District Court**</u> of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on <u>**January 28, 2021**</u> in the case, numbered <u>**21-000226-CV-272**</u> on the docket of said court, and styled,

<u>**Amanda Easley v. Wal-Mart Stores of Texas, LLC.**</u>

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, on this the 28th day of January, 2021.

Gabriel Garcia
District Clerk of Brazos County, Texas

By _____ Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20___, at _____ o'clock ___.M.
Executed at _____, within the County of _____ at ____, o'clock ___.M. on the _____ day of _____, 20___, by delivering to the within named _____ each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation _____

To certify which witness my hand officially.

Sheriff Account

No. _____

For Clerk's Use
Taxed _____
Returned Record _____

Sheriff of _____ County, Texas
By _____ Deputy

Received & Filed 1/28/2021 9:40 AM
Gabriel Garcia, District Clerk
Brazos County, Texas
Jessica Martinez
Envelope# - 50114925

CAUSE NO. 21-000226-CV-272 _____

| | | |
|---|---|---|
| AMANDA EASLEY | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES OF TEXAS, LLC. | § § | BRAZOS COUNTY, TEXAS |

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, AMANDA EASLEY, hereinafter called Plaintiff, complaining of Defendant WAL-MART STORES OF TEXAS, LLC., hereinafter called WAL-MART, and for cause of action would respectfully show unto the Court the following:

## I.
## DISCOVERY CONTROL PLAN LEVEL

Discovery in this cause of action is intended to be conducted under Level 2 of Rule 190.3, Texas Rules of Civil Procedure.

## II.
## JURISDICTION AND VENUE

Venue is appropriate in Brazos County pursuant to Chapter 15, Texas Civil Practices and Remedies Code, in that this is the county in which all or a substantial part of the events or omissions giving rise to the claim occurred.

Jurisdiction is appropriate in this Court in that this is a lawsuit seeking damages in excess of the minimum jurisdictional limits of the district courts of the State of Texas. Pursuant to the Texas Rules of Civil Procedure, Plaintiff pleads that she seeks more than $250,000.00 but no more than $1,000,000.00 in damages.

## III.
## PARTIES AND SERVICE

Plaintiff, AMANDA EASLEY, is an individual residing in Brazos County, Texas.

Defendant, WAL-MART STORES OF TEXAS, LLC. is a foreign corporation doing business in the state of Texas and may be served with process and citation by serving its registered agent: CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201. **Service is requested via Certified U.S. Mail, return receipt requested, issued by the Brazos County District Clerk.**

## IV.
## FACTS

This is a suit to recover damages for personal injuries suffered by Plaintiff AMANDA EASLEY, on November 27, 2019, while she was a business invitee at the Wal-Mart Store located at 643 North Harvey Mitchell Parkway, Bryan, Brazos County, Texas. While shopping, Plaintiff stopped in an aisle to speak with one of Defendant's employees as a second and/or third employee was putting up a nearby shelf and placed what is currently believed to be a box or pallet near Plaintiff's feet. Plaintiff turned to walk away when she tripped on the box or pallet and fell to the floor.

As a result of the negligent actions of Defendant's employees, Plaintiff suffered physical injuries and mental anguish for which she hereby sues. At all times Defendant's employees were operating in the course and cope of their employment with Defendant WAL-MART.

## V.
## PREMISES LIABILITY

Plaintiff would show that on the occasion in question the Defendant WAL-MART was negligent in one or more of the following particulars.

1. In failing to maintain the premises in question in a reasonably safe condition and free of hazards to Plaintiff and other invitees entering the premises;

2. In failing to correct the unreasonably dangerous condition which was created by the box or pallet on the floor of the premises in question;

3. In failing to warn invitees, including the Plaintiff of the dangerous condition of the premises in question;

4. In failing to properly inspect the premises in question to discover the unreasonably dangerous condition created by the broken jar in question;

5. In failing to properly train its agents, servants, and/or employees regarding the proper manner in which to make the premises reasonably safe;

6. In failing to implement proper policies, rules, and/or procedures to make its premises reasonably safe;

7. In creating the condition;

8. In failing to enforce proper policies, rules, and/or procedures to make its premises reasonably safe; and

9. In failing to properly warn the public of the dangerous condition.

Plaintiff would show that each of the foregoing acts of negligence was a separate and distinct act of negligence and each was a direct and proximate cause of the injuries and damages suffered by the Plaintiff as described herein below.

Further, Plaintiff would show that at the time of this accident, Defendant's employees were acting in the course and scope of their employment and therefore Defendant WAL-MART is liable under the doctrine of respondent superior.

In sum, Defendant is liable because at time of trial, Plaintiff will show that (1) plaintiff was an invitee; (2) defendant exercised control over the premises; (3) a dangerous premises condition existed; and (4) defendant had actual or constructive knowledge of the dangerous condition, and the above proximately caused Plaintiff's injuries.

## VIII.
## DAMAGES

As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff suffered and endured anxiety, pain, and illness resulting in damages more fully set forth below.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff incurred the following damages:

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident.

B. Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

C. Physical pain and suffering in the past;

D. Mental anguish in the past;

E. Mental anguish in the future;

F. Physical impairment in the past;

G. Physical impairment which, in all reasonable probability, will be suffered in the future;

H. Disfigurement in the past

I. Disfigurement in the future

J. Loss of earning capacity in the past; and

K. Loss of earning capacity which will, in all probability, be incurred in the future.

L. Exemplary Damages

By reason of the above, Plaintiff suffered losses and damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

## IX.
## REQUEST FOR DISCLOSURE

Pursuant to and in accordance with *Rule 194* of the *Texas Rules of Civil Procedure*, you are requested to disclose, within fifty (50) days of service hereof, the information or material described in Rule 194.2(a) – (l).

## X.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, AMANDA EASLEY, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully Submitted,

# GLAZE | GARRETT

*/s/ Jordan Glaze*
**Jordan A. Glaze**
Texas Bar No. 24059826
**Josh Garrett**
Texas Bar No. 24067616
**Greg Geddie**
Texas Bar No. 24116419
P.O. Box 1599
Gilmer, Texas 75644
T: 903-843-2323/ F: 888-511-1225
J.Glaze@glazegarrett.com
**ATTORNEYS FOR PLAINTIFF**



THE STATE OF TEXAS, COUNTY OF BRAZOS
I, Gabriel Garcia, Clerk of the District of Brazos County, Texas, do hereby certify that the foregoing is a true and correct copy of the original; this certification reflects that the SSNs have been redacted in Cause No. 21-000226-CV-272
ATTEST: Gabriel Garcia
GABRIEL GARCIA, District Clerk, Brazos County, Texas
By _____ Deputy

Received & Filed 1/28/2021 10:19 AM
Gabriel Garcia, District Clerk
Brazos County, Texas
Jessica Martinez
Envelope#: 50117871

Brazos County



300 E. 26th St., Suite 1201
Bryan, TX 77803
(979) 361-4230-4240

Gabriel Garcia
District Clerk

## ISSUANCE OF PROCESS INSTRUCTIONS

Cause Number: 21-000226-CV-272

**Please issue the following type of process:**

☒ Citation   ☐ Citation by Publication   ☐ Citation by Posting

☐ Writ of Sequestration   ☐ Writ of Garnishment   ☐ Writ of Attachment

☐ Subpoena-Civil   ☐ Subpoena-Criminal   ☐ Bill of Cost

☐ Notice of Application of Protective Order

**Requesting Party's Name, Address and Phone Number:**

GlazeGarrett
PO Box 1599 Gilmer, TX 75644
903-843-2323

**Name and Address of person to be served:**

CT Corporation system
1999 Bryan Street, suite 900
Dallas, TX 75201

**Documents to serve with Citation:**

Plaintiff's Original Petition

**Please check one:**

☐ Attorney/Runner/Process Server will pick up (Put in Runners Box)

☐ Email to Attorney's Office/Requesting Party

☐ Mail to Attorney's Office/Requesting Party

☐ Forward to Sheriff's Office

☒ Serve by Certified Mail

The Brazos County District Clerk's Office cannot issue any process until the above information is provided and the correct fees have been paid.